**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

IN RE:

TRACEY LYNETTE GRAHAM

CASE NO: 24-31068

Chapter 13

SSN# :  XXX-XX-1614       DEBTOR

**MOTION OF TRUSTEE TO DISMISS CASE**
**OR TO MODIFY PLAN**

The undersigned Trustee in the above-referenced Chapter 13 case hereby moves the Court to dismiss the case, or to modify the plan in such a manner as the Court deems necessary and appropriate, for the following reason(s):

**1. Plan payments are currently in default.**

**2. Plan term may exceed the maximum term as provided for by applicable law.**

A Preliminary Hearing will be held on this motion as shown on the attached Notice, at which the Trustee will recommend to the Court to grant a variety of relief options in this case, including but not limited to dismissing the case, extending or reducing the term of the plan, reducing or increasing the plan payment, reducing the percentage paid to unsecured creditors, granting a moratorium on missed payments, granting a hardship discharge, modifying the plan to the payments made so far, allowing for a fee to the debtor's attorney for representation at the hearing, or granting any other such relief which the Court determines to be necessary and appropriate.

Dated:  February 10, 2026

JENNY P. HOLMAN
Standing Chapter 13 Trustee
3800 Arco Corporate Dr, Suite 510
Charlotte, NC  28273

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

IN RE:                                                                      CASE NO: 24-31068
       TRACEY LYNETTE GRAHAM
                                                                            Chapter 13


SSN# :  XXX-XX-1614        DEBTOR


**NOTICE OF MOTION OF TRUSTEE TO DISMISS CASE OR TO MODIFY PLAN**

    The Chapter 13 Trustee has filed papers in the bankruptcy case for the DEBTOR named above to dismiss the case or to modify the plan.

    <u>**Your rights may be affected**</u>. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

    If you do not want the Court to grant the relief requested by the Trustee in the motion, or if you want the Court to consider your views on this motion, then you or your attorney must file with the Court a written response to the motion by March 06, 2026 at the following address:

        CLERK, U.S. BANKRUPTCY COURT
        401 W TRADE ST.
        CHARLOTTE, NC  28202

    If you **mail** your response to the Court for filing, you must mail it early enough for the Court to  **receive** it on or before the deadline stated above.

    A Preliminary Hearing will be held on the Trustee's motion on **March 11, 2026 at 10:45 am** at the following address:
        OFFICE OF THE CHAPTER 13 TRUSTEE
        3800 ARCO CORPORATE DRIVE
        SUITE 510
        CHARLOTTE, NC  28273

    **If you oppose the relief sought in the Trustee's motion, you must attend the Preliminary Hearing.**
Failure to attend the Preliminary Hearing and to otherwise respond to the motion may result in the Court granting the relief sought. If a response is made and the motion is not resolved by consent at the Preliminary Hearing, a hearing before the Court will be scheduled.

Dated:  February 10, 2026                                    JENNY P. HOLMAN
                                                            Standing Chapter 13 Trustee
                                                            3800 Arco Corporate Dr, Suite 510
                                                            Charlotte, NC  28273

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

IN RE:                                                                    CASE NO: 24-31068
    TRACEY LYNETTE GRAHAM
                                                                    Chapter 13

SSN# : XXX-XX-1614       DEBTOR

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served each party or counsel of record indicated on the list below with a copy of the attached document that was filed with the Clerk of Court on  February 13, 2026 via the CM/ECF filing system.  Non-ECF users were served by depositing in the United States mail a copy of the same in a properly addressed envelope with first class postage thereon. ECF users were served electronically.

Service Date: February 13, 2026                          L. Helms _____
                                                      Office of the Chapter 13 Trustee

TRACEY LYNETTE GRAHAM, 2305 LAZETTE DRIVE, CHARLOTTE, NC 28216
JACK G LEZMAN (served electronically)
AMERICAN EXPRESS NATIONAL BANK, C/O BECKET & LEE LLP, PO BOX 3001, MALVERN, PA 19355
JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 772813, CHICAGO, IL 60677-2813
JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, ST CLOUD, MN 56302
MERCEDES BENZ FINANCIAL SERVICES USA LLC, C/O BK SERVICING LLC, PO BOX 131265, ROSEVILLE, MN 55113-0011
MERCEDES BENZ FINANCIAL SERVICES USA LLC, PO BOX 5209, CAROL STREAM, IL 60197
MIDLAND CREDIT MANAGEMENT, INC, PO BOX 2037, WARREN, MI 48090
PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 12914, NORFOLK, VA 23541
PORTFOLIO RECOVERY ASSOCIATES, PO BOX 41067, NORFOLK, VA 23541
RESURGENT RECEIVABLES LLC, RESURGENT CAPITAL SERVICES, PO BOX 10587, GREENVILLE, SC 29603
STATE EMPLOYEES CREDIT UNION, ATTN BANKRUPTCY DEPT, PO BOX 25279, RALEIGH, NC 27611
US DEPARTMENT OF EDUCATION C/O NELNET, 121 SOUTH 13TH STREET, LINCOLN, NE 68508
US DEPARTMENT OF EDUCATION, PO BOX 2837, PORTLAND, OR 97208
US SMALL BUSINESS ADMINISTRATION, DENVER FINANCE OFFICE, 721 19TH STREET, 3RD FLOOR, DENVER, CO 80202

Total Served: 15