

FILED & JUDGMENT ENTERED

Christine F. Ramsey

March  11  2026

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

IN RE:                                                    Chapter 13

TRACEY LYNETTE GRAHAM                     CASE NO: 24-31068
                                                          Related Docket #: 30

SSN#: XXX-XX-1614

## ORDER

ON 03/11/2026,  AFTER NOTICE, THIS MATTER CAME ON FOR HEARING UPON:

Motion to Dismiss Case or to Modify Plan for payment default and plan duration

JACK G LEZMAN Present

**AND, THIS COURT FINDS** that:

Plan payments are in substantial default.

Debtor can resume payments March 2026.

**IT IS, THEREFORE, ORDERED** that:

Plan payments are to resume at/to be changed to **$2,935.00** per month.

Case subject to dismissal without further notice upon payment default for **March 2026.**

Plan composition percentage is set at **1%**.

Attorney for debtor allowed presumptive, non-base fee of **$200.00**.

Motion to Dismiss is denied.

This Order has been signed electronically,                Laura T. Beyer
pursuant to administrative order of the Court.            _____
Effective as of date of entry.                           UNITED STATES BANKRUPTCY COURT JUDGE

{:20260311133353:}