FILED & JUDGMENT ENTERED

Christine F. Ramsey

June  16  2026

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_Laura T Beyer_
Laura T. Beyer
United States Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Tracey Lynette Graham, | ) | CASE NO: 24-31068 |
| | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | |

## CONSENT ORDER REGARDING  RELIEF FROM THE AUTOMATIC STAY

This matter comes before the Court on the Motion for Relief from Stay (the "Motion") (Doc. No. 26) filed by Mercedes-Benz Financial Services USA LLC ("Movant") pursuant to 11 U.S.C. § 362 et seq., for relief from stay regarding personal property known and designated as that certain 2018 Mercedes-Benz CLA250C bearing Vehicle Identification Number WDDSJ4EB7JN681565 1 (the "Personal Property"). The Court, having considered the Motion and the record in this case, finds and concludes as follows:

1.      Movant filed the Motion on December 19, 2025.

2.      Contemporaneously with the Motion, Movant filed a Notice of Hearing and served all interested parties.

3.      Tracey Lynette Graham (the "Debtor") filed their Response on December 30, 2025, objecting to the relief sought in the motion.

4.      Debtor and Movant have conferred on the circumstances surrounding the Motion, and all parties consent to the relief ordered herein.

NOW, THEREFORE, it is hereby ORDERED, ADJUDGED, AND DECREED that:

A.     Should the Debtors default on any plan payment that comes due between February 2026 and August 2026, the automatic stay shall lift and Movant shall be permitted to exercise their rights to the collateral without further Notice or Order of this Court.

**WE CONSENT:**

*/s/ Mason Veal*
Mason Veal (NC Bar No. 62110)
Burr & Forman LLP
101 South Tryon Street, Suite 2610
Charlotte, NC 28280
Telephone: 704-347-1170
Fax: 704-347-4467
Email: mveal@burr.com
*Attorney for Mercedes-Benz Financial Services USA LLC*

*/s/ Jack G. Lezman*
Jack G. Lezman
8316 Medical Plaza Dr., Suite B
Charlotte, NC 28262
*Attorney for Debtor*

**NO OBJECTION:**

*/s/ Jenny P. Holman*
Jenny P. Holman
Office of the Chapter 13 Trustee
3800 Arco Corporate Drive, Suite 510
Charlotte, NC 28273
704-372-9650

This Order has been signed United States Bankruptcy Court electronically. The judge's signature and court's seal appear at the top of the Order.

United States Bankruptcy Court

2